**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

LARS FUHRKEN BATISTA,

Petitioner,

v. Case No. 2:26-cv-01576-KWR-JFR

*Acting* Director, Immigration and Customs Enforcement,
U.S. Department of Homeland Security; JOEL GARCIA,
Field Office Director of the ICE El Paso
Field Office of Enforcement and Removal Operations,
U.S. Immigration and Customs Enforcement,
U.S. Department of Homeland Security;
MARKWAYNE MULLIN, Secretary, U.S. Department
Of Homeland Security; TODD BLANCHE,
U.S. Attorney General, U.S. Department of Justice;
DORA CASTRO, Warden of the Otero County
Processing Center; MARY DE ANDA-YBARRA**,**

Respondents.

**ORDER GRANTING MOTION TO DISMISS**

THIS MATTER comes before the Court upon Petitioner's Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). **Doc. 11**. Petitioner seeks to voluntarily dismiss this case without prejudice.

Having considered the record and the law, the Court finds Petitioner's Motion well-taken, and therefore the Court dismisses this case without prejudice. The Court denies Petitioner's Motion to Expedite **(Doc. 8)** as moot.

**IT IS SO ORDERED.**

/S/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE